IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DENNIS LONG,

      Appellant,

v.

      Case No.  5D23-464
      LT Case No. 2009-CF-189

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 16, 2023

3.800 Appeal from the Circuit Court
for Clay County,
Steven B. Whittington, Judge.

Dennis Long, Bowling Green, pro se.

Ashley Moody, Attorney General,
and Zac Lawton, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EISNAUGLE and MACIVER, JJ., concur.